UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  -vs-<br><br>CLAUDIA COLAZO LOPEZ,<br><br>    Defendant. | No.   2: 11-CR-2024-WFN-1<br><br>ORDER DISMISSING INDICTMENT AND QUASHING ARREST WARRANT |

This matter coming before the above Court on the Government's Motion to Dismiss the Indictment and to Quash the Arrest Warrant; and the Court having reviewed the files and the records herein;

**IT IS HEREBY ORDERED** that:

1. The Government's Motion to Dismiss Indictment and Quash Warrant, filed December 16, 2015, **ECF No. 30**, is **GRANTED**.

2. The Indictment in the above-referenced case shall be **DISMISSED without prejudice**.

3. The arrest warrant issued in the above-referenced case shall be **QUASHED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Marshal Service.

**DATED** this 16th day of December, 2015.

12-16-15

                                       s/ Wm. Fremming Nielsen
                                       WM. FREMMING NIELSEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT
AND QUASHING ARREST WARRANT